## <u>EXHIBIT B</u>

**Infringing Seaflo Hose, Figures 1-8**



# Figure 2



# Figure 3



**Figure 4**



# Figure 5

38    36



**Figure 6**



**Figure 7**



# Figure 8

