# EXHIBIT D

**Infringing Tongue Jack Stands**



